JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PHELPS AND DENISE PHELPS, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., and DOES 1-50, inclusive, <br><br> Defendants. | Case No. EDCV 08-1455- VAP (JTLx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 3, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge